

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Haight Family, LLC, Appellant

No. 06-20-00092-CV      v.

White Bluff Property Owners Association, Inc., Appellee

Appeal from the 66th District Court of Hill County, Texas (Tr. Ct. No. CV446-18DC). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

      As stated in the Court's opinion of this date, the parties have filed an agreed motion with this Court to set aside the trial court's judgment, without regard to the merits. Therefore, we set aside the judgment of the trial court, without regard to the merits, and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

      We further order that costs be borne by the party incurring the same.

RENDERED AUGUST 4, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk